# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1729
Lower Tribunal No. 22-499CC

_____

BRUCE KEVIN GREEN, JR.,

Appellant,

v.

TRINITY SERVICES GROUP, INC., JASMUND/EMPLOYEE OF TRINITY SERVICES GROUP, INC.,

Appellees.

_____

Appeal from the County Court for Charlotte County.
John L. Burns, Judge.

December 12, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and MIZE, JJ., concur.


Bruce Kevin Green, Jr., Live Oak, pro se.

Taylor R. Bowman and Burke G. Lopez, of Hinshaw & Culbertson, LLP, Tampa, for Appellee, Jasmund/Employee of Trinity Services Group, Inc.

No Appearance for Appellee, Trinity Services Group, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED